UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No. | 1:04CR0299 |
| Plaintiff, | | |
| vs. | Hon. David W. McKeague, U.S. District Judge |
| EUGENE ATKINS II, | INDICTMENT | |
| Defendant. | | |

The Grand Jury charges:

<u>COUNT ONE</u>

(POSSESSION WITH INTENT TO DISTRIBUTE HEROIN)

On or about December 17, 2004, in Kent County, in the Western District of Michigan, Southern Division, the Defendant,

EUGENE ATKINS II,

did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARGARET M. CHIARA
United States Attorney

_____
RAYMOND E. BECKERING III
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404