**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

### CRIMINAL MINUTE SHEET

| USA | vs. EUGENE ATKINS, II | Presiding Judge: Ellen S. Carmody |
|---|---|---|

| Case Number (w/district judge initials) | Date | Time (Begin/End) | Place | Name of Interpreter |
|---|---|---|---|---|
| 1:04-CR-299  DWM | 1/3/2005 | 11:00 am - 11:21 am | Grand Rapids | |

Government **APPEARANCES** Defendant

| Raymond Beckering | Michael J. Dunn | CJA Appt |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENTS/COUNTS | ACTIONS |
|---|---|---|
| Felony | Indictment | Read |

| TYPE OF HEARING | MOTIONS/PETITIONS | DOCUMENTS SUBMITTED |
|---|---|---|
| _____ Initial Appearance<br>☒ Initial Pretrial Conference<br>_____ Detention<br>_____ Preliminary Hearing<br>_____ Motion<br>_____ Rule 5 Proceeding<br>_____ Bond Violation<br>_____ Revocation/SRV<br>_____ Revocation/PV<br>_____ Trial<br>_____ Other _____<br>_____ | Defendant:<br>_____ For appointed counsel<br>    _____ Granted    _____ Denied<br><br>Government:<br>_____ For detention<br>    _____ Granted    _____ Denied<br><br>_____ For 3-day continuance<br>    _____ Granted    _____ Denied | _____ Attorney Appearance<br>_____ Financial Affidavit<br>☒ Rights Form<br>_____ Motion for Detention<br>_____ Waiver of Indictment<br>_____ Waiver of Attendance at IPTC<br>_____ Waiver of Attendance/Entry of Plea<br>    (Superseding Indicment/Information)<br>_____ Consent to Proceed/Misdemeanor<br>_____ Consent to Proceed/Guilty Plea Hrg<br>_____ Plea Agreement<br>_____ Other _____ |

| ☒ **Arraignment**: Defendant: _____ mute/not guilty entered ☒ not guilty _____ guilty _____ nolo contendre |
|---|

| _____ **Change of Plea Hearing**:<br>Change of Plea to Counts<br>of the<br>To be dismissed at time of sentencing: | _____ Accepted by the Court<br>_____ Presentence Report Ordered<br>_____ Transcript Ordered |
|---|---|

| **Custody/Release Status**<br><br>Remanded to USM | **Bond** $ | **DOCUMENTS TO BE ISSUED BY COURT**:<br>_____ Order of Detention<br>☒ Initial Pretrial Conference Summary Order<br>_____ Report and Recommendation |
|---|---|---|

| **CASE TO BE**: Referred to District Judge | **Type of Hearing**: Further proceedings |
|---|---|

| **Tape No./Court Reporter** C-G05-#01 | Courtroom Clerk: C. Rather |
|---|---|