

Honorable Magistrate
Ellen S. Carmondy

1:04CR299

Hello, This is Eugene Atkins II. I was in front of you Thursday the 17th of November. I plead guilty to a count of Distribution resulting in Death. If you remember I was very sad. I couldn't even keep my head up. The reason I am writing you is to ask you to reject my plea cause I lied. I lied under oath in Federal court to a charge I did not commit. I lied to avoid getting a possible life sentence. My court appointed counsel spent the past year talking and pressuring me into pleading out. I wrote Judge Bell before and so has my mother. We never got a new lawyer. I hope that this is going to help me in some kinda way. I was brought in front of you in a hurry because my lawyer and proscutor feared that Judge Bell would not accept my plea of guilty cause of how messed up I was. I would have rather gone infront of him to futher more explain my situation but I was basically pressured. I am really sorry for lieing I wasn't in my right mind. So I hope that my plea is able to be withdrawn as soon as possible. I have had time to re-gather my thoughts and get my mind right over this weekend. To get away from that long week of being pressured from that monday-Thursday the most of all this past year. Please believe me and reject my plea. I can't live with this on my conscious. I would like to apologize also.

Sincerely,
Eugene Atkins II