# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

## CRIMINAL MINUTE SHEET

| USA | vs. Eugene Atkins, II | | Presiding Judge: | Ellen S. Carmody |
|---|---|---|---|---|

| Case Number | Date | Time (Begin/End) | Place | Name of Interpreter |
|---|---|---|---|---|
| 1:04cr299 | 12/8/05 | 9:00 - 9:10 am | Grand Rapids | none |

| Government | APPEARANCES | Defendant |
|---|---|---|
| Ray Beckering | Michael Dunn | CJA Appt |

| OFFENSE LEVEL | CHARGING DOCUMENTS/COUNTS | ACTIONS |
|---|---|---|
| Felony | Third Superseding Indictment | |

| TYPE OF HEARING | MOTIONS/PETITIONS | DOCUMENTS SUBMITTED |
|---|---|---|
| ____ Initial Appearance<br>____ Initial Pretrial Conference<br>____ Detention<br>____ Preliminary Hearing<br>_X_ Motion<br>____ Rule 5 Proceeding<br>____ Bond Violation<br>____ Revocation/SRV<br>____ Revocation/PV<br>____ Trial<br>____ Other _____ | Defendant:<br>____ For appointed counsel<br>    ____ Granted    ____ Denied<br><br>Government:<br>____ For detention<br>    ____ Granted    ____ Denied | ____ Attorney Appearance<br>____ Financial Affidavit<br>____ Rights Form<br>____ Motion for Detention<br>____ Waiver of Indictment<br>____ Waiver of Attendance at IPTC<br>____ Waiver of Attendance/Entry of Plea<br>    (Superseding Indictment/Information)<br>____ Consent to Proceed/Misdemeanor<br>____ Consent to Proceed/Guilty Plea Hrg<br>____ Plea Agreement<br>____ Other _____ |

____ **Arraignment**:   Defendant: ____ mute   ____ not guilty   ____ guilty   ____ nolo contendre

| Custody/Release Status | Bond $ | DOCUMENTS TO BE ISSUED BY COURT: |
|---|---|---|
| Remanded to USM | | ____ Order of Detention<br>____ Initial Pretrial Conference Summary Order<br>_X_ Report and Recommendation |

| CASE TO BE: Referred to District Judge | Type of Hearing: further proceedings |
|---|---|

Additional Information:
hearing on deft's pro se motion to withdraw plea:  R&R recommending acceptance of withdrawl to enter; defense counsel's request to withdraw as counsel granted; new counsel will be appointed

| Reporter/Recorder: Digitally Recorded | Courtroom Clerk: M. Rush |
|---|---|

Rev'd 11/2005