UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   File No: 1:04-CR-299

    HON. ROBERT HOLMES BELL

EUGENE ATKINS, II,

    Defendant.
    _____/

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

Before the Court is the defendant's motion for ends of justice continuance of the trial scheduled for February 27, 2006. The basis of the defendant's motion is that several witnesses still need to be interviewed and further investigation needs to be undertaken. The defendant orally waived his right to a Speedy Trial during the final pretrial conference at which time this motion was discussed.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), an ends of justice continuance is hereby entered. Jury trial is rescheduled to **April 3, 2006 at 9:00 a.m.**

Dated:   February 16, 2006       /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    CHIEF UNITED STATES DISTRICT JUDGE