UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    File No. 1:04-CR-299

EUGENE ATKINS II,                    HON. ROBERT HOLMES BELL

    Defendant.
    _____/

## VERDICT FORM

We the jury, after deliberating, have reached the following unanimous verdict:

**Count 1:**     **Distribution of a Controlled Substance Resulting in Serious Bodily Injury and Death (December 14, 2004)**

        Not Guilty  ☐

        Guilty  ☒

**Count 2:**     **Possession with Intent to Distribute Heroin (December 17, 2004)**

        Not Guilty  ☐

        Guilty  ☒

**Count 3:** <u>Conspiracy to Possess With Intent to Distribute and to Distribute 100 grams or more of a mixture or substance containing Heroin (on or about September 2004 to on or about December 17, 2004)</u>

Not Guilty ☐

Guilty ☒

**Count 4:** <u>Distribution of a Controlled Substance to a Person under Age Twenty-One (On or about December 8, 2004)</u>

Not Guilty ☐

Guilty ☒

**Count 5:** <u>Distribution of a Controlled Substance to a Person under Age Twenty-One (On or about December 14, 2004)</u>

Not Guilty ☐

Guilty ☒

Dated: 4/7/06

_Jessica Carnell_
JURY FOREMAN