UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**SENTENCE MINUTES**

| | |
|---|---|
| DATE: | July 19, 2006 |
| CASE NO: | 1:04-CR-299 |
| TIME: | 8:30-9:05 |
| PLACE: | Grand Rapids |
| JUDGE: | Hon. Robert Holmes Bell |

**UNITED STATES OF AMERICA v. EUGENE ATKINS, II**

Assistant U.S. Attorney:   Raymond Beckering
Defense Attorney:   Helen Nieuwenhuis

[x] appointed   ☐ retained

CONVICTION:   [x] Third Superseding Indictment
☐ Information
☐ Supervised Release Violation

☐ PLEA   [x] JURY TRIAL   ☐ COURT TRIAL   COUNTS: 1-5

SENTENCE:   Ct. 1: Life
Cts. 2,4,5: 360 months
Ct. 3: Life

PROBATION:
SUPERVISED RELEASE:   Cts. 1 and 2: 6 years
Ct. 3: 8 years
Cts. 4 and 5: 12 years

RESTITUTION:   $20,172.32
FINE:   $
MANDATORY SPEC. ASSESS:   $ 500.00

[x] Remanded   ☐ Self-Surrender as notified by the marshal

Motion by Government to dismiss counts: Original Indictment and First and Second Superseding Indictments

[x] Granted   ☐ Denied

Was appeal packet given to counsel for defendant?   Yes  X    No ___

ADDITIONAL:

Court Reporter: Kevin Gaugier          Case Manager:  /s/ S. Bourque