UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:04−cr−00299−RHB

        v.                              Hon. Robert Holmes Bell

EUGENE ATKINS #12102−040, II,

        Defendant.

_____/


## U.S. PROBATION OFFICER'S REPORT OF ELIGIBILITY

        The defendant appears to be ineligible for consideration of modification of sentence under 18 U.S.C. § 3582(c)(2), because the base offense level at sentencing was driven by USSG 2D1.1(a)(1) and not the Drug Quantity Table set forth in Subsection c.

        *This report was served by regular mail upon the defendant at the address provided on the motion.*


Dated:  March 3, 2015                   _/s/ Amber L. Gonzalez_____
                                     Supervising U.S. Probation Officer