FILED - GR
January 7, 2019 12:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: kw    Scanned: kw/1/7

1-2-19

Dear Clerk,

    Hello I'm Eugene Atkins, See Eugene Atkins, 1:04 CR 299-01 In the western district of of Michigan. At this time I'm 14 years into serving a mandatory life sentence for an accidental drug overdose involving heroin. I was convicted by a Jury April 10th 2006, on 5 Counts. Count 1 distribution of heroin resulting in death. Resulted in a Mandatory life Sentence. Count 3 is a Conspiracy to distribute more than 100 grams of heroin. Resulted in a Life Sentence. Count 2 is possession with intent to distribute heroin. Counts 4 and 5 are distribution of heroin to a person under 21 years of age. I recieved 30 years on these 3 remaining Counts. Also my 1 prior felony drug conviction caused me to get enhanced.

    The reason for me writing is because of the Criminal Justic reform bill "The First Step Act" President Trump Signed December 21st 2018. While I have yet to read the bill myself I firmly believe it applies to my situation. I'm a non-violent offender serving a Mandatory life sentence for drugs. Even though I went to trial I've since then wrote Judge Bell Chief District Judge Robert H. Bell and accepted Responsibility realizing the consequences of my actions. During my incarceration I've also maintained good quality conduct as well I completed numerous programs.

    I Just ask if I can be appointed counsel to help fully navigate this opportunity to get my freedom back.

Thank You for your time

Eugene Atkins
Eugene Atkins

Eugene Atkins #12102-040
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

Case 1:04-cr-00299-PLM   ECF No. 162 filed 01/07/19   PageID.1255   Page 2 of 2

SHREVEPORT LA 710

03 JAN 2019 PM 1 L

Office of the Clerk
United States District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, MI 49503

49503-236399